UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVOR VAN HEERDEN | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | |
| | * | |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, BROOKS KEEL, ROBERT TWILLEY, GEORGE VOYIADJIS, AND DAVID CONSTANT | * * * * * | JUDGE _____ |
| | * | MAGISTRATE _____ |

## NOTICE OF REMOVAL

TO: Clerk of Court
United States District Court
for the Middle District of Louisiana
U. S. Courthouse
777 Florida Blvd., Suite 139
Baton Rouge, Louisiana 70801

Defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU"), Brooks Keel ("Keel"), Robert Twilley ("Twilley"), George Voyiadjis ("Voyiadjis"), and David Constant ("Constant") (collectively the "Defendants"), through undersigned counsel, give notice of the removal of this action from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, pursuant to 28 USC §§ 1441, 1443, 1446 and 1331. The grounds for removal are as follows:

1. This action was commenced on or about February 10, 2010, when plaintiff, Ivor Van Heerden ("Plaintiff"), filed a petition in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in the matter entitled "Ivor Van Heerden, PH.D. v. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, et al, No. 587,369, Section "23") (the "State Court Suit").

2. The Defendants constitute all of the named defendants in the State Court Suit.

3. LSU, Voyiadjis and Constant were served with the State Court Suit on February 25, 2010; and Keel and Twilley have not yet been served.

4. This removal is timely under 28 USC §1446(b) because the Defendants have removed within thirty (30) days of receipt of the initial pleadings setting forth the claim for relief on which the action is based.

5. This Court has original jurisdiction over this action pursuant to 28 USC §1331.

6. The case involves a federal question as the State Court Suit alleges, among other things, that Defendants purportedly took actions to deprive Plaintiff of First and Fourteenth Amendment rights afforded under the United States Constitution, and that such alleged actions were taken under color of state law within the meaning of 42 USC § 1983.

7. Additionally, pursuant to 28 USC § 1367, this Court has supplemental jurisdiction

over any state law claims, including but not limited to, claims for breach of contract, libel, slander, defamation and/or reprisal under La. R.S. 23:967, that are or may be alleged by Plaintiff in the State Court Suit.

8. Venue is proper in this court pursuant to 28 USC §1391(a)(2).

9. Copies of all process, pleadings and orders that have been served upon the Defendants in the State Court Suit are attached hereto as Exhibit "A".

WHEREFORE, having met all of the requirements for removal under 28 USC §1441, 1443 and 1446, including all of the jurisdictional requirements of 28 USC §1331, defendants, LSU, Keel, Twilley, Voyiadjis, and Constant respectfully request that this Court assume full jurisdiction over the cause herein as provided by law.

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: 225/383-4703
Email: Richard@kswb.com

By:/s/Richard F. Zimmerman, Jr.
    Richard F. Zimmerman, Jr., T.A. (#13800)
    Randal J. Robert (#21840)
    Jennifer A. Hataway (#26323)
Attorneys for the Defendants

## CERTIFICATE

I hereby certify that a copy of the Notice Of Removal has been served on Jill L. Craft, 721 North Street, Baton Rouge, Louisiana 70802, by placing same in the United States mail, postage prepaid and properly addressed and/or by facsimile and/or by PACER notice this 5th day of March, 2010.

/s/Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr.

#237356

4