UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IVOR VAN HEERDEN

VERSUS

BROOKS KEEL, ET AL.

CIVIL ACTION

NO. 10-155-JJB

**NOTICE TO COUNSEL**

A telephone conference was held this date with Jill Craft, representing plaintiff, and Richard Zimmerman, Jennifer Hataway and Randal Robert, representing defendants.

The motion (doc. 12) for temporary restraining order was DENIED. The motion (doc. 12) for preliminary injunction will be heard on May 19, 2010, at 9:00 a.m. in Courtroom One. The parties will exchange exhibit and witness lists on or before April 16, 2010. The parties will file pre-hearing briefs on or before May 14, 2010.

Baton Rouge, Louisiana, April 13, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

c: cv 36 T- 30 mins.

1