UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

VAN HEERDEN

VERSUS

BOARD OF SUPERVISORS ET AL.

CIVIL ACTION

NO. 10-155-JJB

**ORDER**

Upon consideration of the Motion for Temporary Restraining Order, the record of this proceeding, the Verification and Affidavit of Irreparable Harm, the law, the evidence adduced, and in order to create a state of affairs in which effective relief can be awarded to either party;

IT IS ORDERED that a Temporary Restraining Order be and is hereby entered directed to the Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, prohibiting said Defendant from terminating and/or otherwise terminating Plaintiff's employment, ordering the immediate and temporary reinstatement of Dr. van Heerden to his position in the faculty ranks of LSU and, further enjoining this Defendant, its agents, employees, and assigns from infringing upon Petitioner's rights under the United States and Louisiana Constitution and under Federal law, and harassing or retaliating against Petitioner, until further order of this Court at the conclusion of this hearing.

ORDER RENDERED in Baton Rouge, Louisiana, on May 20th, 2010, at 10:70 o'clock p.m.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1