UNITED STATES OF AMERICA

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 19, 2010
BRADY, J.

IVOR VAN HEERDEN

VERSUS

BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE, ET AL.

CIVIL ACTION

NO. 10-155-JJB-CN

This matter came on this day for an evidentiary hearing on plaintiff's Motion for Preliminary Injunction.

> PRESENT: Jill L. Craft, Esq.
> Counsel for Plaintiff
>
> Richard Franklin Zimmerman, Jr., Esq.
> Randal J. Robert, Esq.
> Counsel for Defendant

Exhibits filed into the record.

The plaintiff, Ivor Van Heerden, is sworn and testifies.

Andy Kopplin is sworn and testifies on behalf of the plaintiff.

Ivor Van Heerden, previously sworn, resumes his testimony.

Mark Levitan is sworn and testifies on behalf of the plaintiff.

Exhibit filed.

This matter is continued to Thursday, May 20, 2010 at 6:30 p.m.

\* \* \* \*

S. Thompson/Reporter
c: CV 13b; T-7.0 hrs.