UNITED STATES OF AMERICA

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 20, 2010
BRADY, J.

IVOR VAN HEERDEN

VERSUS

BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE, ET AL.

CIVIL ACTION

NO. 10-155-JJB-CN

The evidentiary hearing on plaintiff's Motion for Preliminary Injunction resumes.

PRESENT: Jill L. Craft, Esq.
Counsel for Plaintiff

Richard Franklin Zimmerman, Jr., Esq.
Randal J. Robert, Esq.
Counsel for Defendant

Marc Levitan, having previously been sworn, resumes his testimony.

Exhibits filed.

The plaintiff rests.

The following witnesses are sworn and testify on behalf of the defendant:

David Constant
Kelly Rush

Counsel for plaintiff moves for the court to issue a temporary restraining order until this matter can be resolves. Parties present argument. The court continues this matter until Thursday, May 27, 2010 at 9:00 a.m. and orders the parties to maintain the status quo until the conclusion of the hearing.

\* \* \* \* \*

S. Thompson/Reporter
c: CV 13b; T-5 hrs.